429 A.2d 56

Commonwealth v. Rollins, Appellant.

Commonwealth v. Woody, Appellant.

Submitted April 12, 1979. Paulette J. Balogh, Assistant Public Defender, for appellants; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgments of sentence affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.